# IN THE SUPREME COURT OF THE STATE OF NEVADA

PHYLLIS HARPER,
Petitioner,
vs.
THE STATE OF NEVADA
DEPARTMENT OF MOTOR VEHICLES,
Respondent.

No. 84789

FILED

AUG 1 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This original pro se petition for extraordinary relief seeks review of the Nevada Department of Motor Vehicles' denial of petitioner's request for an evidentiary hearing regarding reinstatement of her license.

Having reviewed the petition, we conclude that our extraordinary intervention is not warranted. Petitioner has failed to include with her petition necessary documentation supporting her request for relief. NRAP 21(a)(4) (petitioner must provide all documents essential to understand the matters set forth in the petition); NRAP 21(c) (petitions for extraordinary writs shall to the extent practicable conform to NRAP 21(a)). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

22-25018

cc: Phyllis Harper
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A